# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SILVA, | Case No. SACV 09-00608 DMG (JEM) |
| Petitioner, | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FERNANDO GONZALEZ, Acting Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that Judgment be entered denying and dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: July 20, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE