# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SILVA,<br><br>             Petitioner,<br><br>     v.<br><br>FERNANDO GONZALEZ, Acting Warden,<br><br>             Respondent. | Case No. SACV 09-00608 DMG (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED:   July 20, 2010

                                               DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE